# NO. 12-20-00013-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN THE INTEREST OF* | § | *APPEAL FROM THE* |
| *K.B. AND Z.B.,* | § | *COUNTY COURT AT LAW NO. 2* |
| *CHILDREN* | § | *ANGELINA COUNTY, TEXAS* |

### *MEMORANDUM OPINION*
### *PER CURIAM*

Appellant, Justine Chapman, filed an unopposed motion to dismiss this appeal. The motion states that Chapman no longer desires to prosecute the appeal. No decision has been delivered in this appeal. Accordingly, Chapman's motion to dismiss is granted, and the appeal is ***dismissed***. *See* TEX. R. APP. P. 42.1(a)(1).

Opinion delivered February 28, 2020.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**FEBRUARY 28, 2020**

**NO. 12-20-00013-CV**

**IN THE INTEREST OF K.B. AND Z.B., CHILDREN**

Appeal from the County Court at Law No. 2

of Angelina County, Texas (Tr.Ct.No. DV-39792-10-08)

THIS CAUSE came on to be heard on the motion of the Appellant to dismiss the appeal herein, and the same being considered, it is hereby ORDERED, ADJUDGED and DECREED by this Court that the motion to dismiss be **granted** and the appeal be **dismissed,** and that the decision be certified to the court below for observance. Costs are taxed against the party incurring same.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*